# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **CHIQUITTA SALTER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SYNCHRONY BANK,** a Utah company,<br><br>*Defendant.* | Case No. 9:22-cv-80368<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Chiquitta Salter hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 27th day of April, 2022.

Respectfully submitted,

By: */s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar No. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman (FL Bar No. 30188)
law@stefancoleman.com
COLEMAN PLLC
66 West Flagler Street Suite 900
Miami, FL 33130
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the putative Class*