UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80368-CIV-CANNON

**CHIQUITTA SALTER**
individually and on behalf of all others similarly situated,

      Plaintiff,
v.

**SYNCHRONY BANK**,

      Defendant.
_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 7], filed on April 27, 2022. Pursuant to Rule 41(a)(1)(A)(i), the Notice of Voluntary Dismissal, filed by Plaintiff prior to Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **CLOSED**, effective April 27, 2022, the date on which Plaintiff filed its Notice of Voluntary Dismissal without Prejudice [ECF No. 7].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of April 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record